UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORAINE SALONE, et al.,

        Plaintiffs,

   v.

CORDIS CORPORATION, et al.,

        Defendants.

Case No. 17-cv-01134-EMC

**ORDER REMANDING CASE**

For the reasons stated in this Court's September 23, 2016, Order in *Dunson v. Cordis*, C16-3076-EMC, Docket No. 53, the Court hereby **REMANDS** this case to state court for lack of subject matter jurisdiction. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**.

Dated: March 16, 2017

_____
EDWARD M. CHEN
United States District Judge